GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
  Federal Building Suite 7516
  300 North Los Angeles Street
  Los Angeles, California
  Tel. 213 894-6117
  FAX: 213 894-7819
  Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE, [1]
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KAREN FISHER, | ) EDCV 06-00824 PJW |
| Plaintiff, | ) **ORDER OF REMAND** |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

  Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

Dated: 3/26/07

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

---

[1] **Error! Main Document Only.** Michael J. Astrue should be substituted for his predecessor. See Fed.R.Civ.P. 25(d)(1).

-1-